UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20157-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**IOANNIS KRALIEVITS**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on June 30, 2021 for sentencing, and upon the United States' Motion for Reduction of Sentence Pursuant to U.S.S.G. § 5K1.1 [ECF No. 23]. For the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of June, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record